UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LABRYS FUND, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ANVIA HOLDINGS CORP., <br><br> Defendant. | Civil Action <br> No.19-12477-PBS |

### ORDER OF DISMISSAL

Saris, D.J.

In accordance with the Court's Order, dated June 9, 2020 (Dkt. No. 30), it is hereby ORDERED, that the above-entitled action is dismissed.

6/9/2020
Date

By the Court,

/s/ Miguel A. Lara
Deputy Clerk